# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFANY RHODES,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>　　　　Defendant. | Case No. CV13-2749 PJH<br><br>[~~PROPOSED~~] **ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

Based upon the stipulation of the parties, IT IS HEREBY ORDERED that this action, Case No. CV13-2749 PJH, is dismissed in its entirety as to all defendants with prejudice. Each party shall bear its own attorney's fees and costs.

**IT IS SO ORDERED**

Dated: January 8, 2014

_____
The Honorable Phyllis J. Hamilton
United States District Court Judge

*[Signature and seal: IT IS SO ORDERED, Judge Phyllis J. Hamilton]*